UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-24472-CIV-MARTINEZ-OTAZO-REYES

ALEXANDER JOHNSON,

    Plaintiff,

vs.

27TH AVENUE CARAF, INC. d/b/a Caraf Oil,

    Defendant.
_____/

## ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

THIS CAUSE came before the Court upon the Clerk's Default entered against Defendant [ECF No. 8]. Upon review of the record, it appears that Defendant has indeed failed to answer or otherwise respond to the Complaint. Therefore, it is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiff shall file a Motion for Default Final Judgment no later than **April 10, 2019**, that includes affidavits of the amount due by Defendant, if necessary, and any other supporting documentation necessary to determine the measure of damages. Plaintiff shall send a copy of the motion to Defendant's counsel or to Defendant, if a Defendant does not have counsel. In the certificate of service, Plaintiff shall indicate that notice was sent and where it was sent.

2. If Defendant fails to respond to the Complaint and/or move to set aside the Clerk's Default on or before **April 19, 2019**, then default final judgment may be entered. Simply put for individuals without an attorney, if Defendant does not send an objection to the Clerk of Court before the above deadline, then Plaintiff may be able to obtain the relief requested in Plaintiff's Complaint.

- 2 -

3. Plaintiff's failure to file a Motion for Default Final Judgment within the specified time will result in a **dismissal** without prejudice.

4. Plaintiff shall **immediately** send a copy of this Order to Defendant and file a certificate of service on the record.

5. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 3 day of April, 2019.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record