UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number 18-cv-24472- JEM

ALEXANDER JOHNSON,

    Plaintiff,

vs.

27TH AVENUE CARAF, INC.
d/b/a Caraf Oil,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND MOTION FOR ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) Plaintiff Alexander Johnson hereby files this Notice of Voluntary Dismissal Without Prejudice in the above styled case and hereby requests the Court to issue an Order of Dismissal Without Prejudice.

WHEREFORE, Plaintiff requests this Honorable Court to enter an Order of Dismissal Without Prejudice

Respectfully submitted on this 3rd day of June 2019.

*s/ Scott R. Dinin*
Scott R Dinin, Esq.
SCOTT R. DININ, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 786-1333
inbox@dininlaw.com
*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of June, 2019 that the foregoing document has been filed electronically filed the foregoing with the Clerk of Court by using the CM/ECF. I also certify that a true and correct copy of the foregoing document was served by U.S. Mail to resident agent for the Defendant and to the physical business address of Defendant at:

27TH AVENUE CARAF, INC.
c/o: Isis M Sieira, as registered agent
8700 NW 27th Avenue
Miami, Florida 33147

*s/Scott Dinin*