UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-24586-PCH
CASE NO. 18-CV-24472-JEM

ALEXANDER JOHNSON,

    Plaintiff,

v.

OCARIS MANAGEMENT GROUP INC
d/b/a U-GAS EAST FLAGER,

    Defendant.
_____/

ALEXANDER JOHNSON,

    Plaintiff,

v.

27TH AVENUE CARAF, INC. d/b/a Caraf Oil,

    Defendant.
_____/

## ORDER VACATING DISMISSAL OF THIS ACTION

**THIS CAUSE** is before the Court on Plaintiff, Alexander Johnson's, and his attorney, Scott R. Dinin's respective motions for a partial stay, [ECF Nos. 87-88], of this Court's Order Imposing Sanctions, which also dismissed this cause, [ECF No. 86]. In view of these motions, the Court believes that the Court should retain jurisdiction in order to perform additional judicial labor before an appeal. Therefore, the portion of the Order Imposing Sanctions which dismisses this cause is vacated and the Court retains jurisdiction for further proceedings.

    **DONE** and **ORDERED** in Chambers in Miami, Florida on September 4, 2019.

Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record